MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Glenn Barrows

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

GLENN BARROWS,

    Defendant.

Case No.: 2:14 CR 0206 JAM

STIPULATION AND ORDER CONTINUING STATUS CONFERNCE

    Defendant GLENN BARROWS, by and through his attorney, Michael Chastaine and the United States, by and through Assistant United States Attorney Jill Thomas, hereby stipulate and agree to continue the status hearing in the above-captioned case from Tuesday, October 13, 2015 at 9:15 a.m. to Tuesday, October 20, 2015 at 9:15 a.m. for a change of plea.  The continuance is requested because Mr. Barrows and his counsel are reviewing the plea agreement and counsel for the Mr. Barrows is not available on October 13, 2015. Counsel needs additional time to review the plea agreement and discuss the same with Mr. Barrows.  The Government has no objection to the requested one (1) week continuance.

Dated: October 7, 2015        The CHASTAINE LAW OFFICE

                            By: _____/s/ Michael Chastaine
                                MICHAEL CHASTAINE
                                Attorney for Glenn Barrows

Dated: October 7, 2015        Benjamin B. Wagner
                              United States Attorney
                              By: ____/s/ Jill Thomas
                                JILL THOMAS
                                Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Tuesday, October 13, 2015 at 9:15 a.m. be continued to Tuesday, October 20, 2015 at 9:15 a.m. and that the period from October 13, 2015 to October 20, 2015 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).  It is further found that that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Dated: October 8, 2015              /s/ John A. Mendez
                                                    John A. Mendez.
                                                    District Judge
                                                    United States District Court